# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DALLAS TRAHAN

NO. 2023 KW 1165

JANUARY 18, 2024

---

In Re:    Dallas Trahan, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 464,472.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.** Relator failed to meet his burden of proof on his factual innocence claim. See La. Code Crim. P. art. 930.2. Additionally, the claim is repetitive. See La. Code Crim. P. art. 930.4(D). Accordingly, the district court did not abuse its discretion by dismissing the application for postconviction relief in its entirety.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT